**Dismissed and Opinion Filed April 27, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01208-CV

### IN THE INTEREST OF J.E.S., JR. AND J.S., CHILDREN

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-51318-2018**

## MEMORANDUM OPINION
Before Justices Schenck, Molberg, and Nowell
Opinion by Justice Nowell

Appellant's brief is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by March 5, 2020. By postcard dated March 9, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell/

ERIN A. NOWELL
JUSTICE

191208F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.E.S., JR. AND J.S., CHILDREN

No. 05-19-01208-CV

On Appeal from the 416th Judicial District Court, Collin County, Texas Trial Court Cause No. 416-51318-2018.
Opinion delivered by Justice Nowell. Justices Schenck and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee recover his costs of this appeal, if any, from appellant.

Judgment entered this 27th day of April, 2020.